# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| INNOVATIVE DISPLAY TECHNOLOGIES LLC, ) ) ) ) Plaintiff, ) ) v. ) ) MICROSOFT CORP., ) ) Defendant. ) ) ) | Civil Action No. 2:13-cv-00783-JRG |

## MICROSOFT CORPORATION'S MOTION TO DISMISS AMENDED COMPLAINT

On November 20, 2013, Defendant Microsoft Corporation ("Microsoft") filed a motion to dismiss or transfer, which has now been fully briefed. (*See* Dkt. Nos. 16, 28, 31.) During the pendency of the briefing on that motion, plaintiff Innovative Display Technologies ("IDT") filed an amended complaint. (Dkt. No. 26.) IDT addressed its amended complaint in its opposition brief, as did Microsoft in its reply—explaining why the amendment did not affect Microsoft's basis for dismissal or transfer. (*See* Dkt. No. 31 at 2–5.) For the reasons set forth in Microsoft's opening brief (Dkt. No. 16) and reply brief (Dkt. No. 31), Microsoft respectfully requests that the Amended Complaint be dismissed pursuant to Fed. R. Civ. P. 12(b)(7) for failure to join an indispensable party, and respectfully renews its request that, in the alternative, this case be transferred to the United States District Court for the Southern District of New York pursuant to 28 U.S.C. § 1404(a)

Dated:  December 23, 2013                           Respectfully submitted,

                                                                             */s/ Harry L. Gillam, Jr.*
                                                                            Harry L. Gillam, Jr.
                                                                            State Bar No. 07921800

                    GILLAM & SMITH, L.L.P.
                    303 South Washington Avenue
                    Marshall, Texas 75670
                    Telephone: (903) 934-8450
                    Facsimile: (903) 934-9257
                    gil@gillamsmithlaw.com

*/s/ Richard A. Cederoth*_____
Richard A. Cederoth
rcederoth@sidley.com
Ellen S. Robbins
Nathaniel C. Love
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois  60603
Telephone:  312-853-7000
Facsimile:  312-853-7036

ATTORNEYS FOR DEFENDANT
MICROSOFT CORPORATION

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this motion was served on all counsel who have consented to electronic service, Local Rule CV-5(a)(3), on December 23, 2013.

*/s/ Harry L. Gillam, Jr.*_____
Harry L. Gillam, Jr.

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rules CV-7(h) and (i), I hereby certify that counsel for Microsoft conferred with counsel for IDT concerning the filing of this Motion on December 23, 2013, and counsel for IDT opposes this motion.

*/s/ Harry L. Gillam, Jr.*_____
Harry L. Gillam, Jr.