IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| INNOVATIVE DISPLAY TECHNOLOGIES LLC,<br><br>Plaintiff,<br><br>v.<br><br>ACER INC. AND ACER AMERICA CORP., Defendants. | Civil Action No: 2:13-cv-522-JRG<br>(Lead Case) |
| INNOVATIVE DISPLAY TECHNOLOGIES LLC,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION,<br>Defendant and Third-Party Plaintiff,<br><br>v.<br><br>ACACIA RESEARCH CORPORATION,<br>Third-Party Defendant. | Civil Action No: 2:13-cv-783-JRG<br>(Consolidated Case)<br><br>Hon. J. Rodney Gilstrap<br><br>JURY TRIAL DEMANDED |

## **ORDER**

The parties having moved the Court to dismiss Civil Action No: 2:13-cv-783 (including all claims and counterclaims), it is, therefore, ORDERED, ADJUDGED and DECREED that Civil Action No: 2:13-cv-783 (including all claims and counterclaims) be and hereby is dismissed without prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

The Clerk is ORDERED to terminate Microsoft and Acacia in Case No. 2:13-cv-522, and the Clerk is ORDERED to close Case No. 2:13-cv-783.

**So ORDERED and SIGNED this 9th day of October, 2014.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE